## WILLIAM HARRIS

*v.*

## WILLIAM F. WHITMORE.

PLEADING AND EVIDENCE—*award—promissory note.* Where the plain-
tiff declared upon an award for the payment of a promissory note, and
also upon the note itself: *Held,* that if the award was void for uncertainty,
the note was properly admissible in evidence.

WRIT OF ERROR to the County Court of La Salle county;
the Hon. CHARLES H. GILMAN, Judge, presiding.

The declaration in this case was upon an award, and also
contained a count upon the promissory note referred to in the
award, and the common counts. The cause was tried by the
court without a jury. On the trial the plaintiff offered in
evidence the award and the note. The court found the issues
for the defendant.

Mr. ALEX. T. CAMERON, for the plaintiff in error.

Mr. J. B. RICE, for the defendant in error.

Per CURIAM: In this case the declaration counted upon the note, as well as the award which the arbitrators had made for its payment. Admitting the award was void for uncertainty, as claimed by counsel for defendant, we see no reason why the note should not have been admitted in evidence, and no reason is suggested by counsel for defendant. The judgment must be reversed.

*Judgment reversed.*